## United States District Court for the Northern District of Illinois

Case Number: 08cv1867      Assigned/Issued By: j. n.

Judge Name:      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

__2__ Original and __2__ copies on __4-4-08__ as to __all defendants__
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05