AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

V.

ERA - VALDIVIA CONTRACTORS, INC. and
JOSE GUADALUPE VALDIVIA

CASE NUMBER: 08 C 1867

ASSIGNED JUDGE: Lefkow

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

ERA - VALDIVIA CONTRACTORS, INC.
c/o Jose Guadalupe Valdivia, President & Registered Agent
2918 E. 95th St.
Chicago, IL  60617
or
11909 South Avenue O
Chicago, IL  60617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE LLP
20 S. Clark St., Suite 400
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 0 4 2008

DATE

# Affidavit of Process Server

_Central Laborers, et al._    vs    _Ena Valdivia, et al._    08 C 1867

PLAINTIFF/PETITIONER       DEFENDANT/RESPONDENT      CASE #

Being duly sworn, on my oath, I _Barry A Savage Sr_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**   I served _Ena Valdivia Contractors, Inc_

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   □ Subpoena with $_____ witness fee and mileage

X _Summons and Complaint_

_____

_____

_____

by serving (NAME) _____

at □ Home _11909 S Ave. O Chicago Il_

   ☑ Business _2918 E 95th St Chicago Il_

□ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:
- □ By Personal Service.
- □ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _____
- □ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____
- □ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

□ Unknown at Address    □ Evading    □ Other: _____
□ Address Does Not Exist    □ Service Cancelled by Litigant
☑ Moved, Left no Forwarding    □ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( 95 ) _4-15-08 2:02 pm_ , ( ) _____

DATE   TIME          DATE   TIME

( Ave O ) _4-8-08 2:11 pm_ , ( ) _____ , ( ) _____

DATE   TIME        DATE   TIME        DATE   TIME

## Description:
| | | | | | | |
|---|---|---|---|---|---|---|
| □ Male | □ White Skin | □ Black Hair | □ White Hair | □ 14-20 Yrs. | □ Under 5' | □ Under 100 Lbs. |
| □ Female | □ Black Skin | □ Brown Hair | □ Balding | □ 21-35 Yrs. | □ 5'0"-5'3" | □ 100-130 Lbs. |
| | □ Yellow Skin | □ Blond Hair | | □ 36-50 Yrs. | □ 5'4"-5'8" | □ 131-160 Lbs. |
| | □ Brown Skin | □ Gray Hair | □ Mustache | □ 51-65 Yrs. | □ 5'9"-6'0" | □ 161-200 Lbs. |
| □ Glasses | □ Red Skin | □ Red Hair | □ Beard | □ Over 65 Yrs. | □ Over 6' | □ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this _22_ day of _April_ , 20 _08_

_____
NOTARY PUBLIC

_____
SERVED BY
LASALLE PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

**NAPPS**

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.