UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Central Laborers' Pension Fund Board of Trustees, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01867

Honorable Joan H. Lefkow

ERA – Valdivia Contractors, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:Status hearing reset for 6/10/2008 at 09:30 AM. No one appeared in court on 5/27/2008 when case was called for status. Failure to appear at the status on 6/10/2008 may result in dismissal.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.