# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

CASE NUMBER: 08 C 1867

V.

ASSIGNED JUDGE: Joan H. Lefkow

ERA - VALDIVIA CONTRACTORS, INC. and
JOSE GUADALUPE VALDIVIA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ERA - VALDIVIA CONTRACTORS, INC.
c/o Jose Guadalupe Valdivia, President & Registered Agent
11909 South Avenue O
Chicago, IL 60617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 1 2008

DATE

08CV1867

# Affidavit of Process Server

**Central Laborers** vs **Eva Valdivia Contractors, et al**    CASE #
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT

Being duly sworn, on my oath, I **Barry A Savage Sr**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Eva Valdivia Contractors, Inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $____ witness fee and mileage
☒ **Alias Summons and Complaint**

by serving (NAME) **Cheryl McIntyre Office Worker**
at ☐ Home **was told Mr Valdivia was in office but wont come out**
☐ Business **11909 S Ave O Chgo IL**
☐ on (DATE) **05-06-2008** at (TIME) **9:20 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) ____
from (CITY) ____ (STATE) ____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Cheryl McIntyre Office Worker**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely ____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: ____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )____ DATE TIME, ( )____ DATE TIME
( )____ DATE TIME, ( )____ DATE TIME, ( )____ DATE TIME

**Description:**
☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin    ☒ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                   ☒ 36-50 Yrs.    ☒ 5'4"-5'8"    ☐ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache    ☐ 51-65 Yrs.    ☐ 5'9"-6'0"    ☒ 161-200 Lbs.
☐ Glasses ☐ Red Skin      ☐ Red Hair      ☐ Beard       ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: ____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this **7** day of **May**, 20**08**

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.