**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Central Laborers' Pension Fund Board of Trustees, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01867

Honorable Joan H. Lefkow

ERA – Valdivia Contractors, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

MINUTE entry before the Honorable Joan H. Lefkow: Case called for status hearing on 7/10/2008. The parties did not appear. Status hearing continued to 7/24/2008 at 9:30 A.M. The parties are directed to appear. If the parties do not appear, this case will be dismissed for want of prosecution. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.